FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

AUG 2 1 2006

MARKUS B. ZIMMER, CLERK
BY_____
DEPUTY CLERK

BRETT L. TOLMAN, United States Attorney (#8821)
STANLEY H. OLSEN, Assistant United States Attorney (#2466)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISDEMEANOR |
| Plaintiff, | INFORMATION |
| v. | Case No. |
| ERIC M. ANDERSON, | (Violation Notice F4072826) |
| Defendant. | Simple Possession of a Controlled Substance (21 U.S.C. § 844) |
| | Magistrate Judge Brooke C. Wells |

The United States Attorney Charges:

COUNT I

On or about the 12th day of August, 2006, in the Central Division of the District of Utah, on Forest System Land in the Uinta National Forest,

ERIC M. ANDERSON,

the Defendant herein, did possess a controlled substance (to wit: marijuana), all in violation of 21 U.S.C. § 844 and as described in

Judge Brooke C. Wells
DECK TYPE: MAG - Misd DIRECT Assign
DATE STAMP: 08/21/2006 @ 16:13:13
CASE NUMBER: 2:06CR00579

the attached copy of Violation Notice F4072826 with Statement of Probable Cause, which are incorporated by reference and made a part hereof.

DATED this 17th day of August, 2006

BRETT L. TOLEMAN
United States Attorney

STANLEY H. OLSEN
Assistant United States Attorney

2

# United States District Court
## Violation Notice

**Violation Number:** F 4072826
**Officer Name (Print):** Knox
**Officer No.:** 1669

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/12/2006 1130 pm
**Offense Charged:** 21 USC 844(a)
**Place of Offense:** Uinta N.F.

**Offense Description:** 21 USC 551, 21 USC 844(a) — Seapshone Basin, Lambert Hollow, Possession of a controlled substance

**Factual Basis for Charge:** Sr. 33 19 III 01.26

### DEFENDANT INFORMATION
**Last Name:** Anderson
**First Name:** Eric
**Phone:** (801) 359-8746

**Street Address:** 4031 South 6820 West
**City:** West Valley City
**State:** UT
**Zip Code:** 84128

**D.L.#:** [illegible]
**D.L. State:** UT
**Social Security No.:** [illegible]
**Date of Birth:** [illegible]

**Sex:** M
**Juvenile:** No
**Hair:** Bro
**Eyes:** Bro
**Height:** 5'11"
**Weight:** 157

### VEHICLE DESCRIPTION
**Tag No.:** 184 NDG
**State:** UT
**VIN:** [blank]
**Year:** [blank]
**Make:** Mazda
**Model:** 4DR
**Color:** Grey

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**PAY THIS AMOUNT →** $ NA Forfeiture Amount
+ $25 Processing Fee
$ NA Total Collateral Due

### YOUR COURT DATE
**Court Address:** 350 South Main, Salt Lake City, UT
**Date (mm/dd/yyyy):** Aug 31, 2006
**Time:** 0900 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

[Officer signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 12th, 2006 while exercising my duties as a law enforcement officer in the Judicial District of Utah:

While patrolling the Uinta National Forest on the Heber Ranger District in Lambert Hollow, I observed Eric M. Anderson sitting in a grey Mazda 4dr. license 184NDG cleaning a glass marijuana pipe. Anderson also had a bag of green leafy substance sitting in his lap. I contacted Anderson and asked him what he was doing and he stated smoking marijuana. I issued Anderson a violation notice for possession of a controlled substance.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/13/06 [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge